Katherine A. Klimkowski (SBN 263099)
kaklimkowski@jonesday.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA  92612.4408
Telephone:  (949) 851-3939
Facsimile:   (949) 553-7539

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

UNITED STATES DISTRICT COURT FOR THE

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND ALVANDI,<br><br>Plaintiff,<br><br>v.<br><br>FIDELITY CAPITAL HOLDINGS, INC., EXPERIAN INFORMATION SOLUTIONS, INC., and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No. 2:14-cv-04379-DSF-AJW<br><br>**ORDER GRANTING STIPULATED PROTECTIVE ORDER**<br><br>Complaint filed:  June 6, 2014 |

IT IS HEREBY ORDERED that the Stipulated Protective Order entered by and between Plaintiff Raymond Alvandi ("Plaintiff") and Experian Information Solutions, Inc. ("Experian") is GRANTED.

**IT IS SO ORDERED.**

November 20, 2014
Dated: _____

_____
Magistrate Judge Andrew J. Wistrich

[PROPOSED] ORDER GRANTING
STIPULATED PROTECTIVE ORDER
Case No. 2:14-cv-04379-DSF-AJW