1
2
3
4
5
6
7
8          **UNITED STATES DISTRICT COURT**
9          **CENTRAL DISTRICT OF CALIFORNIA**
10

11   RAYMOND ALVANDI,                )        Case No.: CV 14-4379 DSF (AJWx)
                                     )
12              Plaintiff,            )
                                     )
13        v.                         )        PARTIAL JUDGMENT
                                     )
14   FIDELITY CAPITAL HOLDINGS,      )
     INC., et al.                    )
15                                   )
                Defendants.          )
16                                   )
17   _____

18          Defendant Fidelity Capital Holdings, Inc. having defaulted and the Court

19   seeing no just reason for delay in the entry of judgment against that defendant,

20   IT IS ORDERED AND ADJUDGED that the plaintiff receive from Fidelity

21   Capital Holdings, Inc. $7,000 in damages, $14,950 in attorney's fees, and his costs

22   of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

23   Dated: _____
              1/28/15                              Dale S. Fischer
24                                                 Dale S. Fischer
                                            United States District Judge
25
26
27
28