JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RAYMOND ALVANDI, | ) | Case No.: CV 14-4379 DSF (AJWx) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| FIDELITY CAPITAL HOLDINGS, INC., et al. | ) | |
| Defendants. | ) | |

The Court having granted Defendant Experian Information Solutions, Inc.'s motion for summary judgment,

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing from Experian Information Solutions, Inc., that plaintiff's claims against Experian Information Solutions, Inc. be dismissed with prejudice, and that Experian Information Solutions, Inc. recover its costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: 6/30/15

_____
Dale S. Fischer
United States District Judge